No. 207. RARITAN COMPANY, INC. v. COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Paul F. Myers* and *James Craig Peacock* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Samuel H. Levy,* and *Mrs. Maryhelen Wigle* for respondent.

No. 208. NATIONAL MINERAL CO. v. NATIONAL LABOR RELATIONS BOARD. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lloyd L. Lanham* for petitioner. *Solicitor General Fahy, Mr. Robert B. Watts,* and *Miss Ruth Weyand* for respondent.

No. 210. WERNER v. HEIN-WERNER MOTOR PARTS CORP. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. S. L. Wheeler* for petitioner. *Mr. Arthur H. Boettcher* for respondent.

No. 216. PUERTO RICO, ON BEHALF OF THE ISABELA IRRIGATION SERVICE, v. UNITED STATES ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. William Cattron Rigby* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Vernon L. Wilkinson* and *Lawrence Vold* for respondents.

No. 220. GORMLY v. UNITED STATES. October 11, 1943. Petition for writ of certiorari to the Circuit Court